UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GARY ADRIAN, et al., | ) No. ED CV 13-00897-VBK |
| Plaintiffs, | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for calculation of benefits consistent with the Memorandum Opinion.

DATED: February 5, 2014             /s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE